UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HONG LIU )
      Plaintiff, )
v. ) **JUDGMENT**
) No. 5:20-CV-255-FL
EATON CORPORATION )
      Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge for consideration of the magistrate judge's memorandum and recommendations on defendant's motion to compel.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 12, 2023, that this case is dismissed WITH PREJUDICE as a sanction for failure to follow the court's order and failure to meaningfully participate in discovery.

**This Judgment Filed and Entered on May 12, 2023, and Copies To:**
Hong Liu (via US CM/ECF Notice of Electronic Filing)
Ann H. Smith / Janean B. Dunn / Ted N. Kazaglis (via CM/ECF Notice of Electronic Filing)

May 12, 2023                      PETER A. MOORE, JR. CLERK

                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk